USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-20-08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*86 Chambers Street*
*New York, New York 10007*

February 19, 2008

By Hand

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

FEB 20 2008

        Re:  Aaron Crumpton v. Astrue
             07 Civ. 10558 (PKC)

Dear Judge Castel:

        This Office represents the Commissioner of Social
Security, defendant in the above-referenced action.  Upon my
review of the case, I encountered several issues that required
that I seek additional information from the Agency.  Therefore, I
respectfully request an extension of sixty days from today
February 19, 2008, to April 18, 2008, to answer and move with
respect to the complaint.          OK

        This is defendant's first request for an extension on
the answer.  On February 12, 2008, this Office wrote to plaintiff
pro se to request his consent.  Today, we telephoned plaintiff
and left him a message concerning our request for an extension.
He has yet to respond.

*Application granted*
*SO ORDERED*

USDJ

2-20-08

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _LESLIE A. RAMIREZ-FISHER_____

LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone:  (212) 637-0378
Fax:  (212) 637-2750

cc: Aaron Crumpton, Plaintiff Pro Se (by regular mail)

2